787 P.2d 126

Frederick Herman FISHER, Petitioner,

v.

·SUPERIOR COURT of the State of Arizona, In and For the COUNTY OF PIMA; Honorable Bernardo Velasco, Judge of Division 11, Respondents,

and

The STATE of Arizona, Real Party in Interest.

No. CV–89–0408–PR.

Supreme Court of Arizona.

Feb. 6, 1990.

GORDON, C.J., did not participate.